# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT CARLOS HERNANDEZ,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 71557

**FILED**

DEC 1 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Our review of the documents filed in this case reveals that appellant is not aggrieved by the amended judgment of conviction because it increased the amount of credit for time served awarded to appellant. *See* NRS 177.015(3) (only an aggrieved party may appeal). Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Pickering

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

16-38314

cc: Hon. Douglas Smith, District Judge
Robert Carlos Hernandez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk